UNITED STATES of America, Plaintiff-Appellee,

v.

Dudley Lee BERRY, a/k/a David Sarver, Defendant-Appellant.

UNITED STATES of America, Plaintiff-Appellee,

v.

Jessica Linda Ann ZABISH, a/k/a Joanne Sarver, Defendant-Appellant.

Nos. 79–5471, 79–5472.

United States Court of Appeals, Fifth Circuit.

Unit B

June 16, 1981.

Bruce E. Pashley, Merren & Pashley, Atlanta, Ga., for defendants-appellants.

William S. Sutton, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion February 13, 1981, 5 Cir., 1981, 636 F.2d 1075).

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, FRANK M. JOHNSON, Jr., HATCHETT, ANDERSON, and THOMAS A. CLARK, Circuit Judges.\*

BY THE COURT:

A member of this Administrative Unit of the Court in active service having requested

a poll on the application for rehearing en banc and a majority of the judges in this Administrative Unit in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the causes shall be reheard by this Administrative Unit of the Court en banc on briefs without oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.